AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiff,

V.

SCHUEPFER PLUMBING, INCORPORATED, an Illinois
Corporation,

Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

# 08 C 333

**JUDGE COAR
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Schuepfer Plumbing, Incorporated
c/o John J. Schuepfer - registered agent
7259 West Lawrence Avenue
Harwood Heights, Illinois  60756

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602
```

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

-------------------------------------------
**(By) DEPUTY CLERK**

**January 15, 2008**
-------------------------------------------
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

---

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 25'th, 2008 |
| NAME OF SERVER (PRINT)    William Baldree | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

XXXOther (specify):    Personally handed the Summons and the Complaint
to Ms. Theresa Schuepfer, the daughter of Mr. John
Schuepfer, the Registered Agent for the defendant. Service was
effected at 7259 West Lawrence Ave., in Harwood Heights,
Illinois, at the hour of 2:15 p.m., on Friday, January 25'th,
2008. Ms. Schuepfer is described as: Female/Caucasian, 50 to
55 years of age, 5'-2", 150 lbs.

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 25'th, 2008    *William Baldree*
_____    _____
Date                   Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.