3-4-08 BTB136331                                                                                      65100/1118LIT-4742

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 333 |
| v. | ) | |
| | ) | Judge Coar |
| | ) | |
| SCHUEPFER PLUMBING INCORPORATED, an Illinois corporation, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff files this Notice of Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(A)(i). The Defendant has neither appeared nor answered the Complaint.

JAMES T. SULLIVAN, etc.

By: s/ Brian T. Bedinghaus
Brian T. Bedinghaus
20 North Clark Street, Suite 3200
Chicago, Illinois 60602
(312)580-1269

Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200

1